# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KAMAL HMIED,**

                    **Plaintiff,**

**-vs-**                                         **Case No.  6:11-cv-2039-Orl-22KRS**

**LEVY WORLD LIMITED**
**PARTNERSHIP d/b/a Fulton's Crab**
**House,**

                    **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion to Approve Settlement (Doc. No. 13) filed on February 28, 2012.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part.

After an independent *de novo* review of the record in this matter, including the Joint Notice of No Objection (Doc. No. 15), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation filed March 8, 2012 (Doc. No. 14) is ADOPTED and CONFIRMED and made a part of this Order.

2.      The Joint Motion to Approve Settlement (Doc. No. 13) is GRANTED in part.  The

Court finds that settlement is a fair and reasonable resolution of a bona fide dispute over FLSA

provisions.

3.      Counsel for Plaintiff shall provide Plaintiff with a copy of this Order, and counsel

is prohibited from withholding any of the $5,000.00 settlement amount from Plaintiff or otherwise

collecting fees and costs from Plaintiff other than as provided in the settlement agreement.

4.      The Court declines to reserve jurisdiction to enforce the settlement agreement.

5.      This case is DISMISSED WITH PREJUDICE.

6.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 13, 2012.

Copies furnished to:

Counsel of Record

ANNE C. CONWAY
United States District Judge